**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**(WILKES-BARRE)**

| | | |
|---|---|---|
| IN RE: | ) | |
| ROBERT MARK GUNDERSEN, | ) | **CASE NO.: 26-00904-MJC** |
| ROBERT M GUNDERSEN, | ) | |
| AKA ROBERT GUNDERSEN, | ) | **CHAPTER 13** |
| | ) | **JUDGE MARK J CONWAY** |
| DEBTOR. | ) | |
| | ) | |
| U.S. BANK TRUST COMPANY, NATIONAL | ) | |
| ASSOCIATION,AS TRUST ADMINISTRATOR AND | ) | |
| AS INDENTURE TRUSTEE FOR | ) | |
| CITIGROUP MORTGAGE LOAN TRUST 2023-RP1 | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| ROBERT MARK GUNDERSEN, AKA ROBERT M | ) | |
| GUNDERSEN, AKA ROBERT GUNDERSEN, | ) | |
| DEBTOR, AND JACK N ZAHAROPOULOS, | ) | |
| TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of

Appearance on behalf of U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, as Trust

Administrator and as Indenture Trustee for CITIGROUP MORTGAGE LOAN TRUST 2023-RP1

and requests that they be noticed on all pleadings, documents and hearings; that they receive copies

of all documents; and be added to the matrix to be served at the addresses below:

**DATED** this 17th day of April 2026

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

<h1 style="text-align:center">CERTIFICATE OF SERVICE</h1>

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 17th day of April 2026.

*VIA U.S. MAIL*

*DEBTOR*
ROBERT MARK GUNDERSEN
227 10TH ST
MATAMORAS, PA 18336

*VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
CARLO SABATINI
SABATINI LAW FIRM, LLC
216 N. BLAKELY ST.
DUNMORE, PA 18512

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*