# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### (WILKES-BARRE)

IN RE: )
ROBERT MARK GUNDERSEN, ) CASE NO.: 5:26-BK-00904-MJC
*AKA* ROBERT M GUNDERSEN ) CHAPTER 13
*AKA* ROBERT GUNDERSEN )
    DEBTOR. ) JUDGE MARK J CONWAY
)
U.S. BANK TRUST COMPANY, NATIONAL )
ASSOCIATION,AS TRUST ADMINISTRATOR )
AND AS INDENTURE TRUSTEE FOR )
CITIGROUP MORTGAGE LOAN TRUST )
2023-RP1 )
)
    CREDITOR. )
)
ROBERT MARK GUNDERSEN, )
*AKA* ROBERT M GUNDERSEN, )
*AKA* ROBERT GUNDERSEN, DEBTOR, AND )
JACK N ZAHAROPOULOS, TRUSTEE, )
)
    RESPONDENTS. )

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, as Trust Administrator and as Indenture Trustee for CITIGROUP MORTGAGE LOAN TRUST 2023-RP1, ("Secured Creditor") by and through its undersigned attorneys, and for its Objection to Confirmation of Debtors Chapter 13 Plan, herein states and alleges as follows:

1. This Court has exclusive jurisdiction over this proceeding. Debtor filed this Petition under Chapter 13 of the United States Bankruptcy Code on or about April 4, 2026 and confirmation is pending with the Court.

2. Secured Creditor holds a lien over Debtor's property described as 227 10th Street, Matamoras, PA 18336.

3. As of the date of filing this Objection to Confirmation, Secured Creditor's estimated secured claim is $96,859.87 and the underlying loan matures on April 1, 2048. Secured Creditor

is in the process of filing its Proof of Claim, with the approximate arrears of $ 1,383.36, which is above the arrearage of $0.00 listed on Debtor's Plan.

4. Additionally, Secured Creditor is not listed in Debtor's Plan.

5. Therefore, the plan fails 11 U.S.C. §1322 (b)(2)-(3), and pursuant to 11 U.S.C. §1325 (a)(5) the plan cannot be confirmed.

WHEREFORE, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, as Trust Administrator and as Indenture Trustee for CITIGROUP MORTGAGE LOAN TRUST 2023-RP1, prays that its Objection to Confirmation of Plan be sustained, and for all further relief as is just and proper.

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

2

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Confirmation has been

furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail

on this 30th day of April 2026:

*<u>VIA U.S. MAIL</u>*

*<u>DEBTOR</u>*
ROBERT MARK GUNDERSEN
227 10TH ST
MATAMORAS, PA 18336

*<u>VIA ELECTRONIC NOTICE</u>*

*<u>ATTORNEYS FOR DEBTOR</u>*
CARLO SABATINI
SABATINI LAW FIRM, LLC
216 N. BLAKELY ST.
DUNMORE, PA 18512
USBKCT@BANKRUPTCYPA.COM

*<u>TRUSTEE</u>*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*<u>U.S. TRUSTEE</u>*
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV

Respectfully submitted,
/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania, Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.Goldman@padgettlawgroup.com
*Counsel for Secured Creditor*