IN RE:                                                          :
ROBERT MARK GUNDERSON,                    :
AKA, ROBERT M GUNDERSEN,                   :      CHAPTER 13
AKA, ROBERT GUNDERSEN,                        :
      Debtor                                               :
                                                                       :
    JACK N. ZAHAROPOULOS                   :      CASE NO.  5:26-BK-00904-MJC
    STANDING CHAPTER 13 TRUSTEE   :
    Movant                                                  :
                                                                       :
ROBERT MARK GUNDERSON,
AKA, ROBERT M GUNDERSEN,
AKA, ROBERT GUNDERSEN,
      Respondent

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 4th day of May 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.      Debtor(s)' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtor has access to non-exempt equity in the following:

     a.  Property held as tenants by the entireties to the extent of joint claims.

2.  Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

     a.  Debtor(s) has not provided to Trustee a copy of Debtor(s)' credit report.

[The remainder of the page has been left intentionally blank.]

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s)' Plan.
   b. Dismiss or convert Debtor(s)' case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Agatha R. McHale
Attorney for Trustee

2

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 4th day of May 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


SABATINI LAW FIRM, LLC
216 NORTH BLAKELY STREET
DUNMORE, PA 18512-


/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee