United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Robert Mark Gundersen
    Debtor

Case No. 26-00904-MJC

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Mark Gundersen, 227 10th St, Matamoras, PA 18336-1548 |
| 5793138 | | E-ZPass NY, PO Box 15185, Albany, NY 12212-5185 |
| 5793147 | | Mission Lane Credit Card, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5793158 | + | The Provident Loan Society, Attn: Officer, 7804 5th Avenue, Brooklyn, NY 11209-3704 |
| 5798213 | | The Provident Loan Society of New York, 346 Park Avenue South, New York, NY 10010-1708 |
| 5793159 | | Upgrade Inc, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5793122 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 04 2026 19:04:33 | Ally Credit Card/CWS, Attn: Bankruptcy, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 5793123 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2026 19:04:38 | Avant Webbank, PO Box 1269, Greenville, SC 29602-1269 |
| 5793131 | | Email/Text: cfcbackoffice@contfinco.com | May 04 2026 19:00:00 | Celtic Bank/Contfinco, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 5793135 | | Email/Text: correspondence@credit-control.com | May 04 2026 19:00:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 5793124 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 04 2026 19:04:42 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5793125 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 04 2026 19:04:37 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5793126 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 04 2026 19:04:37 | Capital One Financial Co., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5793127 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | May 04 2026 19:00:00 | CashApp, 1955 Broadway, Suite 600, Oakland, CA 94612-2205 |
| 5793128 | | Email/Text: GenesisFS@ebn.phinsolutions.com | May 04 2026 19:00:00 | Cb Indigo/cci, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5793132 | + | Email/Text: BNKO@cpcrecovery.com | May 04 2026 19:00:00 | Central Portfolio Control, Inc., 10249 Yellow Circle Dr, Minnetonka, MN 55343-9111 |
| 5793133 | | Email/Text: BNKO@cpcrecovery.com | May 04 2026 19:00:00 | Central Portfolio Control, Inc., 10249 Yellow Circle Dr, Suite 200, Hopkins, MN 55343-9111 |
| 5793134 | | Email/Text: bankruptcydpt@mcmcg.com | May 04 2026 19:00:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5793136 | | Email/PDF: creditonebknotifications@resurgent.com | May 04 2026 19:04:39 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5793137 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2026 19:04:34 | Credit One Bank N.A., Resurgent Correspondence, |

District/off: 0314-5

Date Rcvd: May 04, 2026

User: AutoDocke

Form ID: ntcnfhrg

Page 2 of 4

Total Noticed: 54

| | | | |
|---|---|---|---|
| | | | Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5793129 | | Email/Text: BNSFN@capitalsvcs.com | |
| | May 04 2026 18:59:00 | | CCS/First National Bank, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 5793130 | | Email/Text: BNSFS@capitalsvcs.com | |
| | May 04 2026 18:59:00 | | CCS/First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 5793140 | ^ MEBN | | |
| | May 04 2026 18:55:29 | | Fortiva Credit Card, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5793141 | | Email/Text: clientsupport-us-stl@indebted.co | |
| | May 04 2026 19:00:00 | | InDebted USA, Inc, PO Box 1201, Farmington, MO 63640-4128 |
| 5793142 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | May 04 2026 19:00:00 | | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5796511 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | May 04 2026 19:00:00 | | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5793144 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | May 04 2026 19:04:39 | | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5793143 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | May 04 2026 19:04:43 | | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5794754 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | May 04 2026 19:04:33 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5796999 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | May 04 2026 19:04:33 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5793145 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | May 04 2026 19:04:33 | | Merrick Bank Corp, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5793146 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | May 04 2026 19:00:00 | | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5793148 | ^ MEBN | | |
| | May 04 2026 18:56:04 | | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 5793149 | + | Email/PDF: cbp@omf.com | |
| | May 04 2026 19:04:32 | | OneMain Financial Group, LLC, Attn: Officer, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 5797079 | + | Email/PDF: cbp@omf.com | |
| | May 04 2026 19:04:37 | | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5793958 | + | Email/PDF: cbp@omf.com | |
| | May 04 2026 19:04:37 | | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5795329 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | May 04 2026 19:04:44 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5793150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | May 04 2026 19:04:33 | | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5795997 | | Email/Text: bnc-quantum@quantum3group.com | |
| | May 04 2026 19:00:00 | | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5793139 | | Email/Text: bankruptcy@springoakscapital.com | |
| | May 04 2026 18:59:00 | | First Bank Trust, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5797891 | | Email/Text: bankruptcy@springoakscapital.com | |
| | May 04 2026 18:59:00 | | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 5793155 | | Email/Text: bankruptcy@springoakscapital.com | |
| | May 04 2026 18:59:00 | | Spring Oaks Capital Ll, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5793151 | | Email/Text: courts@scott-pc.com | |
| | May 04 2026 19:00:00 | | Scott & Associates PC, PO Box 115220, Carrollton, TX 75011-5220 |
| 5793152 | ^ MEBN | | |
| | May 04 2026 18:56:20 | | Scott & Associates, P.C., 41 Byberry Rd., Suite 9, Hatboro, PA 19040-3210 |

| 5793153 | | Email/Text: cs@securitycreditservicesllc.com | | |
| | | | May 04 2026 18:59:00 | Security Credit Services, 306 Enterprise Dr, Oxford, MS 38655-2762 |
| 5793154 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | May 04 2026 18:59:00 | Shellpoint Mortgage Servicing, P.O.BOX 619063, Dallas, TX 75261-9063 |
| 5793156 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 04 2026 19:04:33 | Synchrony Bank, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5793157 | | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | May 04 2026 19:00:00 | TBOM/Milestone, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5793160 | | Email/Text: bknotice@upgrade.com | | |
| | | | May 04 2026 18:59:00 | Upgrade Inc., 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 5793161 | | Email/Text: bnc_4301@velocityrecoveries.com | | |
| | | | May 04 2026 19:00:00 | Velocity Investments, LLC, 1800 State Route 34, Building 3, Suite 305, Wall Township, NJ 07719-9168 |
| 5793162 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | May 04 2026 18:59:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 5793163 | | Email/Text: bankruptcy@webbank.com | | |
| | | | May 04 2026 18:59:00 | WebBank, 215 S State St Ste 1000, Salt Lake City, UT 84111-2336 |
| 5793164 | | Email/PDF: cbp@omf.com | | |
| | | | May 04 2026 19:04:42 | Webbank/OneMain, PO Box 3316, Evansville, IN 47732-3316 |
| 5793165 | + | Email/Text: COLATTY@WELTMAN.com | | |
| | | | May 04 2026 19:00:00 | Weltman, Weinberg & Reis Co., LPA, 5475 Rings Road Suite 200, Dublin, OH 43017-7565 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 1 Robert Mark Gundersen usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Joshua I Goldman | on behalf of Creditor U.S. BANK TRUST COMPANY  NATIONAL ASSOCIATION,as Trust Administrator and as Indenture |

Trustee for CITIGROUP MORTGAGE LOAN TRUST 2023-RP1 josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Mark Gundersen,
aka Robert M Gundersen, aka Robert Gundersen,

Chapter        13

**Debtor 1**

Case No.        5:26−bk−00904−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 4, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 11, 2026 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 4, 2026 |

ntcnfhrg (08/21)