**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**(WILKES-BARRE)**

| | |
|---|---|
| IN RE: ) | |
| ROBERT MARK GUNDERSEN, ) | CASE NO.: 5:26-BK-00904-MJC |
| *AKA* ROBERT M GUNDERSEN, ) | |
| *AKA* ROBERT GUNDERSEN, ) | |
| ) | CHAPTER 13 |
| DEBTOR ) | JUDGE GREGORY L. TADDONIO |
| ) | |
| U.S. BANK TRUST COMPANY, NATIONAL ) | |
| ASSOCIATION,AS TRUST ADMINISTRATOR ) | |
| AND AS INDENTURE TRUSTEE FOR ) | |
| CITIGROUP MORTGAGE LOAN TRUST ) | |
| 2023-RP1, ) | |
| ) | |
| CREDITOR ) | |
| ) | |
| ROBERT MARK GUNDERSEN, DEBTOR, ) | |
| AND JACK N ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN
### (This resolves Docket No. 13)

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION,as Trust Administrator and as Indenture Trustee for CITIGROUP MORTGAGE LOAN TRUST 2023-RP1's Objection to Confirmation of Plan which was filed with this Court on or about **April 30, 2026 as Docket No. 13.**

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the

parties on the List by electronic notice and/or by First Class U.S. Mail on this 8th day of May 2026.

*<u>VIA U.S. MAIL</u>*

**<u>DEBTOR</u>**
ROBERT MARK GUNDERSEN
227 10TH ST
MATAMORAS, PA 18336

*<u>VIA ELECTRONIC NOTICE</u>*

**<u>ATTORNEY FOR DEBTOR</u>**
CARLO SABATINI
SABATINI LAW FIRM, LLC
216 N. BLAKELY ST.
DUNMORE, PA 18512
USBKCT@BANKRUPTCYPA.COM

**<u>TRUSTEE</u>**
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

**<u>U.S. TRUSTEE</u>**
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*
