FILED
**May 8, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

# The Provident Loan Society
## of New York
## Executive Office
### 346 Park Avenue South, New York, N.Y. 10010-1708

JOHN T. HIGNEY
LAW DEPARTMENT

(212) 685-0380-Ext.103
FAX (212) 725-7492

May 4, 2026

United States Bankruptcy Judge
United States Bankruptcy Court

Re: Loan No. 88492
Pledger: Robert Mark Gundersen
Office: Bay Ridge
Case number: 5:26-bk-00904-MJC

Dear Sir/Madam;

We are in receipt of the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors and Deadlines, in the above name.

The Provident Loan Society of New York is a secured creditor of the above named, having in its possession at its branch located at No. 7804 5th Avenue-Brooklyn, NY 11209-3704, 3 rings, for a loan of One Thousand One Hundred Seventy-Five ($1,175.00) Dollars, under loan No. 88492, in the name of Robert Mark Gundersen. The estimate auction sale value for the items is $3,500.00. The amount owing to the Society would be the principal, $1,175.00, plus accrued interest and fees from the date of the loan to the date of redemption.

Before the Society can permit the pledger to redeem the collateral, we must be advised whether the aforesaid items were listed in the schedule of assets when the bankruptcy petition was filed. We must also determine whether you wish to assume interest in the items or abandon that interest. If you plan to abandon, we would appreciate a Notice of Abandonment in verification of this fact.

Would you please advise us at your earliest convenience what course of action you plan to take so that the Society can make arrangements with the pledger accordingly? The required Form 410-Proof of Claim is enclosed

Very truly yours,

John Higney
Law Department