# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Robert Mark Gundersen,** | : | **Case No. 5:26-bk-00904-MJC** |
| | : | |
| **Debtor.** | : | |

## ORDER

It appearing that a conflict may exist between myself and the above named Debtor, as I was the Chapter 7 Trustee in a prior case, pursuant to 28 U.S.C. §455, as made applicable by Fed. R. Bankr. P. 5004, it is hereby

**ORDERED** that I recuse myself from further consideration of this entire case.

The Clerk is hereby directed to reassign the case to the Honorable Henry W. Van Eck, Chief United States Bankruptcy Judge for the Middle District of Pennsylvania.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 12, 2026