United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Robert Mark Gundersen
    Debtor

Case No. 26-00904-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5

Date Rcvd: May 12, 2026

User: AutoDocke

Form ID: pdf010

Page 1 of 4

Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Mark Gundersen, 227 10th St, Matamoras, PA 18336-1548 |
| 5793138 | | E-ZPass NY, PO Box 15185, Albany, NY 12212-5185 |
| 5793147 | | Mission Lane Credit Card, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5793158 | + | The Provident Loan Society, Attn: Officer, 7804 5th Avenue, Brooklyn, NY 11209-3704 |
| 5798213 | | The Provident Loan Society of New York, 346 Park Avenue South, New York, NY 10010-1708 |
| 5793159 | | Upgrade Inc, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5793122 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 12 2026 18:51:20 | Ally Credit Card/CWS, Attn: Bankruptcy, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 5793123 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2026 18:51:27 | Avant Webbank, PO Box 1269, Greenville, SC 29602-1269 |
| 5793131 | | Email/Text: cfcbackoffice@contfinco.com | May 12 2026 18:39:00 | Celtic Bank/Contfinco, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 5793135 | | Email/Text: correspondence@credit-control.com | May 12 2026 18:39:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 5793124 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 12 2026 18:51:26 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5793125 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 12 2026 18:51:19 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5793126 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 12 2026 18:51:35 | Capital One Financial Co., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5793127 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | May 12 2026 18:39:00 | CashApp, 1955 Broadway, Suite 600, Oakland, CA 94612-2205 |
| 5793128 | | Email/Text: GenesisFS@ebn.phinsolutions.com | May 12 2026 18:39:00 | Cb Indigo/cci, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5793132 | + | Email/Text: BNKO@cpcrecovery.com | May 12 2026 18:39:00 | Central Portfolio Control, Inc., 10249 Yellow Circle Dr, Minnetonka, MN 55343-9111 |
| 5793133 | | Email/Text: BNKO@cpcrecovery.com | May 12 2026 18:39:00 | Central Portfolio Control, Inc., 10249 Yellow Circle Dr, Suite 200, Hopkins, MN 55343-9111 |
| 5793134 | | Email/Text: bankruptcydpt@mcmcg.com | May 12 2026 18:39:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5793136 | | Email/PDF: creditonebknotifications@resurgent.com | May 12 2026 18:51:20 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5793137 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2026 18:51:20 | Credit One Bank N.A., Resurgent Correspondence, |

| | | | | |
|---|---|---|---|---|
| | | | | Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5793129 | | Email/Text: BNSFN@capitalsvcs.com | May 12 2026 18:39:00 | CCS/First National Bank, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 5793130 | | Email/Text: BNSFS@capitalsvcs.com | May 12 2026 18:39:00 | CCS/First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 5793140 | ^ | MEBN | May 12 2026 18:37:03 | Fortiva Credit Card, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5793141 | | Email/Text: clientsupport-us-stl@indebted.co | May 12 2026 18:39:00 | InDebted USA, Inc, PO Box 1201, Farmington, MO 63640-4128 |
| 5793142 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 12 2026 18:39:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5796511 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 12 2026 18:39:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5793144 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2026 18:51:20 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5793143 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2026 18:51:20 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5794754 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2026 18:51:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5796999 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 12 2026 18:51:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5793145 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 12 2026 18:51:27 | Merrick Bank Corp, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5793146 | + | Email/Text: bankruptcydpt@mcmcg.com | May 12 2026 18:39:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5793148 | ^ | MEBN | May 12 2026 18:37:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 5793149 | + | Email/PDF: cbp@omf.com | May 12 2026 18:51:35 | OneMain Financial Group, LLC, Attn: Officer, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 5797079 | + | Email/PDF: cbp@omf.com | May 12 2026 18:51:19 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5793958 | + | Email/PDF: cbp@omf.com | May 12 2026 18:51:19 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5795329 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 12 2026 18:51:27 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5793150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 12 2026 18:51:35 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5795997 | | Email/Text: bnc-quantum@quantum3group.com | May 12 2026 18:39:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5793139 | | Email/Text: bankruptcy@springoakscapital.com | May 12 2026 18:39:00 | First Bank Trust, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5797891 | | Email/Text: bankruptcy@springoakscapital.com | May 12 2026 18:39:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 5793155 | | Email/Text: bankruptcy@springoakscapital.com | May 12 2026 18:39:00 | Spring Oaks Capital Ll, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5793151 | | Email/Text: courts@scott-pc.com | May 12 2026 18:39:00 | Scott & Associates PC, PO Box 115220, Carrollton, TX 75011-5220 |
| 5793152 | ^ | MEBN | May 12 2026 18:37:05 | Scott & Associates, P.C., 41 Byberry Rd., Suite 9, Hatboro, PA 19040-3210 |

| | | | |
|---|---|---|---|
| 5793153 | Email/Text: cs@securitycreditservicesllc.com | May 12 2026 18:39:00 | Security Credit Services, 306 Enterprise Dr, Oxford, MS 38655-2762 |
| 5793154 | + Email/Text: mtgbk@shellpointmtg.com | May 12 2026 18:39:00 | Shellpoint Mortgage Servicing, P.O.BOX 619063, Dallas, TX 75261-9063 |
| 5793156 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 12 2026 18:51:27 | Synchrony Bank, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5793157 | Email/Text: GenesisFS@ebn.phinsolutions.com | May 12 2026 18:39:00 | TBOM/Milestone, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5793160 | Email/Text: bknotice@upgrade.com | May 12 2026 18:39:00 | Upgrade Inc., 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 5793161 | Email/Text: bnc_4301@velocityrecoveries.com | May 12 2026 18:39:00 | Velocity Investments, LLC, 1800 State Route 34, Building 3, Suite 305, Wall Township, NJ 07719-9168 |
| 5793162 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 12 2026 18:39:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 5793163 | Email/Text: bankruptcy@webbank.com | May 12 2026 18:39:00 | WebBank, 215 S State St Ste 1000, Salt Lake City, UT 84111-2336 |
| 5793164 | Email/PDF: cbp@omf.com | May 12 2026 18:51:20 | Webbank/OneMain, PO Box 3316, Evansville, IN 47732-3316 |
| 5793165 | + Email/Text: COLATTY@WELTMAN.com | May 12 2026 18:39:00 | Weltman, Weinberg & Reis Co., LPA, 5475 Rings Road Suite 200, Dublin, OH 43017-7565 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | The Provident Loan Society of New York, 346 Park Avenue South, New York, NY 10010-1708 |
| 5802538 | *+ | The Provident Loan Society of New York, 346 Park Avenue South, New York, NY 10010-1708 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | |
| | on behalf of Debtor 1 Robert Mark Gundersen usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |

Jack N Zaharopoulos

         ecf_pahu_alt@trustee13.com

Joshua I Goldman

         on behalf of Creditor U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION,as Trust Administrator and as Indenture
         Trustee for CITIGROUP MORTGAGE LOAN TRUST 2023-RP1 josh.goldman@padgettlawgroup.com,
         bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

United States Trustee

         ustpregion03.ha.ecf@usdoj.gov


TOTAL: 4

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Robert Mark Gundersen, | : | Case No. 5:26-bk-00904-MJC |
| | : | |
| Debtor. | : | |

**ORDER**

It appearing that a conflict may exist between myself and the above named Debtor, as I was the Chapter 7 Trustee in a prior case, pursuant to 28 U.S.C. §455, as made applicable by Fed. R. Bankr. P. 5004, it is hereby

**ORDERED** that I recuse myself from further consideration of this entire case.

The Clerk is hereby directed to reassign the case to the Honorable Henry W. Van Eck, Chief United States Bankruptcy Judge for the Middle District of Pennsylvania.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 12, 2026