Exhibit B

Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

**Robert Gundersen**
**227 10th St.**
**Matamoras, PA 18336**

**Rate Summary**

| Professional | | | | Gross | Discount | | Net |
|---|---|---|---|---|---|---|---|
| Carlo Sabatini | 6.2 hours at $415.00/hour. | | | $2,573.00 | 0.00 | 0.00 | 2,573.00 |
| Kristin Sabatini | 0.2 hours at $375.00/hour. | | | $83.00 | 0.22 | -83.00 | 0.00 |
| Ashley Werner | 6.4 hours at $150.00/hour. | | | $960.00 | 0.70 | -105.00 | 855.00 |
| Dafne Vazquez | 8.2 hours at $150.00/hour. | | | $1,230.00 | 0.00 | 0.00 | 1,230.00 |
| Tiffany Bator | 0.2 hours at $150.00/hour. | | | $30.00 | 0.00 | 0.00 | 30.00 |
| | | | | | 0.92 | -188.00 | 4,688.00 |

**Itemized Listing of Services**

| *Date* | *Description* | *Initials* | *Rate* | *Time* | *Amount* | *Disc.* |
|---|---|---|---|---|---|---|
| 03/13/2026 | Consultation with client. | KS | 415 | 0.20 | 83.00 | -83.00 |
| 03/17/2026 | Calendar hearing. Task for continuance. Email to cl regarding mort payments. Task for response to the same. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 03/17/2026 | Receive, review, and respond to email from cl regarding billpay for the mortgage company. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 03/19/2026 | Call with cl regarding vehicle loan and taxes. Discuss spouse's debt amount and jointly owned property. Discuss bankruptcy chapter, filing deadline, and payments on debts. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 03/21/2026 | Review message from cl. Call to cl. LVM regarding debts being listed in bankruptcy and payment methods for subscription services. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 03/23/2026 | Review email re intent to defend. Email to ER. Update task for collections hearing continuance. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 03/26/2026 | Review file regarding hearing. Calendar new date and task for continuing the same if bankruptcy isn't filed. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 03/31/2026 | Prepare schedules. | DV | 150 | 5.30 | 795.00 | 0.00 |
| 04/01/2026 | Prepare schedules. | DV | 150 | 2.40 | 360.00 | 0.00 |
| 04/02/2026 | Review Paralegal's questions. Research pawn shop law. Answer questions and confirm whether "car loan" can be crammed due to age. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 04/02/2026 | Research on pawn shop laws, corrected exemption for life insurance, reduced plan payment based on equity numbers. | CS | 415 | 0.80 | 332.00 | 0.00 |
| 04/02/2026 | Meeting with client for sign and file. The meeting reviewed the draft Chapter 13 petition, supporting schedules, and the client budget to confirm filing details and reconcile account information. The client requested changes to annual personal expenses and the paralegal updated septic, clothing, and home repair figures live on the call. Finalize trustee payment amount. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 04/04/2026 | File case. | DV | 150 | 0.50 | 75.00 | 0.00 |
| 04/09/2026 | Review 341 notice. Calendar hearing and email to cl regarding the same. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 04/09/2026 | Review BNC Cert for bypassed recipients. None - no action needed. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 04/13/2026 | Receive, review, and respond to message from cl regarding trustee payments. Call to cl. Discuss billpay. He has billpay set up. He is going to make two mort payments this month but they have to be made outside of billpay for this month because his pension check won't be in his account until May 1 and the mortgage payment is due before then. I said this is fine as long as after this month everything is through billpay. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 04/17/2026 | Analyze claims 1, 2, 3, 4, 5, and 6. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 04/17/2026 | Review document regarding mortgage assistance options. Instruct ER to send the same to cl. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 04/21/2026 | Analyze claims 8 and 9. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 04/23/2026 | Review claims for unexpected amounts or classifications and corresponding impact on plan. Confirm that all necessary claims have either been filed or that a task has been set to ensure filing. Set task if any claim needs future attention (e.g., objections/lien avoidance.) Serve plan to two cramdown creditors. Draft summary memo to atty. | ASW | 150 | 0.60 | 90.00 | 0.00 |
| 04/30/2026 | Analyze claims 10 and 11. Email to CS re Claim 11. | ASW | 150 | 0.30 | 45.00 | 0.00 |

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 04/30/2026 | Review trustee prep questions to confirm no post-petition arrears that need to be cured in plan. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/01/2026 | Review letter from Provident. Email to CS. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/01/2026 | Met with client to prepare for 341 meeting | CS | 415 | 0.70 | 290.50 | 0.00 |
| 05/04/2026 | Upload credit reports and deed to trustee. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 05/04/2026 | Review objection. Email to ASW with instructions. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 05/04/2026 | Attend 341 meeting. | CS | 415 | 0.50 | 207.50 | 0.00 |
| 05/05/2026 | Review objection filed by mortgage company. Draft 9011 Motion. Email the same to CS. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 05/05/2026 | Review objection and 9011 motion. Approve the same. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 05/06/2026 | Draft email to counsel attaching 9011 Motion. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/07/2026 | Review email from Goldman. Reply to the same. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 05/08/2026 | Review objection withdrawal filed. Remove task for 9011 motion. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/11/2026 | Review file. Email to trustee regarding credit reports. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/14/2026 | Return call from cl. Discuss local returns. He will check with his accountant and get back to us. I also explained what the confirmation hearing is and judge recusal. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/14/2026 | Review correspondence filed. Email to CS re the same. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 05/14/2026 | Review confirmation hearing notice. Add hearing to calendar. Review file to confirm all required tax returns are in the file. Missing returns from file. Email to CS. Call to cl. No answer, leave message. | ASW | 150 | 0.20 | 30.00 | -20.00 |
| 05/14/2026 | Review correspondence from Provident Loan Society filed on the docket. No action needed here. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 05/14/2026 | Review memo prepared by paralegal regarding claims. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 05/15/2026 | Analyze claim 14. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 05/15/2026 | Review message from cl. Send pre-confirmation certification. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/15/2026 | Review bill to prepare Request for Payment. Send the RFP to CS to approve. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 05/18/2026 | Receive, review, and respond to message from CS regarding RFP. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/19/2026 | File Chapter 13 Debtor's Pre-Confirmation Certification of Compliance with Post Petition Domestic Support Obligations with the court. | TLB | 150 | 0.10 | 15.00 | 0.00 |
| 05/19/2026 | Review file regarding objection. Email to CS re the same. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/21/2026 | File Request for Payment of Chapter 13 Compensation and Expenses with the court | TLB | 150 | 0.10 | 15.00 | 0.00 |
| 05/26/2026 | Analyze claim 15. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/15/2026 | Analyze claims 16 and 17 | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/17/2026 | Analyze claims 18 and 19. Instruct staff to send payment address to cl for mortgage claim. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 06/17/2026 | Review email from Bowers re objection and nonstandard provision. Review file re language in plan. Email to trustee. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 06/18/2026 | Review file re hearing conflict. Email to CS. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 06/18/2026 | Email to cl regarding mortgage arrears paid. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/18/2026 | Receive, review, and respond to email from cl. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 06/19/2026 | Receive email from cl regarding next due date. Email to CS. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 06/19/2026 | Review mortgage payment. Instruct ASW what to tell cl about his payments. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 06/23/2026 | Review message from cl. Email to CS. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 06/23/2026 | Review email from ASW re mortgage payments. Instruct her what to tell cl. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 06/23/2026 | Message to cl regarding what CS said about payments. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 06/23/2026 | Review letters from Shellpoint. Instruct staff to forward to cl. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/23/2026 | Receive and review message from cl confirming payment amount he will send to mortgage company. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/24/2026 | Attend confirmation hearing. | CS | 415 | 1.20 | 498.00 | 0.00 |
| 06/24/2026 | Call with client. Case update. Confirmed rings cannot be sold and that we will send warning letters to the pawn shop. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 06/26/2026 | Letter to pawn shop | CS | 415 | 0.20 | 83.00 | 0.00 |
| 06/26/2026 | Update file to reflect plan is confirmed, serve order confirming plan, draft COS and file the same, set tasks for interim case review and fee application. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| | *Sub-total Fees:* | | | | **4,876.00** | -188.00 |
| | *Net Fees After Discount:* | | | | **4,688.00** | |

**Expenses**

| Date | Description | Price | Units | Amount | Discount |
|---|---|---|---|---|---|
| 03/30/2026 | Bestcase financial report | 50.00 | 1.00 | 50.00 | 0.00 |
| 04/04/2026 | Filing Fee | 313.00 | 1.00 | 313.00 | 0.00 |
| 06/26/2026 | Postage for letter to Provident Loan Society | 5.58 | 1.00 | 5.58 | 0.00 |



Case 5:26-bk-00904-HWV Doc 32-2 Filed 10/15/26 Entered 10/15/26 16:15:55 Desc Exhibit B - Bill Page 2 of 3

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 06/26/2026 | Postage and cost of mailing order confirming plan to creditors | 51.15 | 1.00 | 51.15 | 0.00 | |
| | | | | ====== | | |
| | | | Total: | **419.73** | | |

**Total**

| | |
|---|---|
| Net Fees After Discount: | 4,688.00 |
| Net Expenses After Discount: | 419.73 |
| | ====== |
| | 5,107.73 |

| | |
|---|---|
| Total post-discounted value of entries containing "email": | 507.50 |
| As a percentage of the total fees: | 0.108 |