IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ROBERT MARK GUNDERSEN AKA ROBERT M GUNDERSEN AKA ROBERT GUNDERSEN,<br><br>Debtor | CHAPTER 13<br><br>CASE NO. 5:26-bk-00904-HWV |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | NOTICE OF APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: October 15, 2026

s/Tiffany Bator
Tiffany Bator, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| Ally Credit Card/CWS<br>Attn: Bankruptcy<br>P.O. Box 9203<br>Old Bethpage, NY 11804-9003 |
| Avant Webbank<br>P.O. Box 1269<br>Greenville, SC 29602-1269 |
| Capital One Bank<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank USA<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One Financial Co.<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 |
| CashApp<br>1955 Broadway, Suite 600<br>Oakland, CA 94612-2205 |
| Cb Indigo/cci<br>Attn: Bankruptcy<br>P.O. Box 4477<br>Beaverton, OR 97076-4401 |
| Central Portfolio Control, Inc.<br>10249 Yellow Circle Dr., Suite 200<br>Hopkins, MN 55343-9111 |
| Comenity Capital Bank<br>Attn: Bankruptcy<br>P.O. Box 939069<br>San Diego, CA 92193-9069 |
| CONTINENTAL FINANCE COMPANY<br>P.O. BOX 3220<br>BUFFALO, NY 14240-3220 |
| CREDIT CONTROL, LLC<br>ATTN: CORRESPONDENCE<br>3300 RIDER TRAIL S, SUITE 500<br>EARTH CITY MO 63045-1338 |
| Credit One Bank, N.A.<br>P.O. Box 60500<br>City of Industry, CA 91716-0500 |
| Credit One Bank, N.A.<br>Resurgent Correspondence, Attn: Bankrupty<br>P.O. Box 1269<br>Greenville, SC 29602-1269 |
| E-ZPass NY<br>P.O. Box 15185<br>Albany, NY 12212-5185 |

| |
|---|
| FIRST NATIONAL BANK<br>ATTN: BANKRUPTCY<br>1500 S HIGHLINE AVE.<br>SIOUX FALLS, SD 57110-1003 |
| FIRST SAVINGS BANK<br>ATTN: BANKRUPTCY<br>1500 S HIGHLINE AVE.<br>SIOUX FALLS, SD 57110-1003 |
| Fortiva Credit Card<br>Attn: Bankruptcy<br>200 14th Ave. E<br>Sartell, MN 56377-4500 |
| InDebted USA, Inc.<br>P.O. Box 1201<br>Farmington, MO 63640-4128 |
| JEFFERSON CAPITAL SYSTEMS, LLC<br>P.O. BOX 7999<br>SAINT CLOUD, MN 56302-7999 |
| LVNV Funding, LLC<br>55 Beattie Pl.<br>Greenville, SC 29601-2165 |
| LVNV Funding, LLC<br>P.O. Box 10497<br>Greenville, SC 29603-0497 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| MERRICK BANK<br>Resurgent Capital Services<br>P.O. Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank Corp.<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 |
| Midland Credit Management, Inc.<br>350 Camino de la Reina, Ste 100<br>San Diego, CA 92108-3007 |
| Midland Credit Management, Inc.<br>P.O. Box 2037<br>Warren, MI 48090-2037 |
| Mission Lane Credit Card<br>Attn: Bankruptcy<br>200 14th Ave E<br>Sartell, MN 56377-4500 |

| |
|---|
| National Enterprise Systems<br>29125 Solon Road<br>Solon, OH 44139-3442 |
| OneMain Financial Group, LLC<br>Attn: Officer<br>601 NW 2nd St.<br>Evansville, IN 47708-1013 |
| OneMain Financial Group, LLC<br>P.O. Box 3251<br>Evansville, IN 47731-3251 |
| OneMain Financial Group, LLC<br>P.O. Box 981037<br>Boston, MA 02298-1037 |
| Pennsylvania Department of Revenue<br>Attn: Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. BOX 41067<br>NORFOLK, VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Concora Credit, Inc.<br>P.O. Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Sadino Funding, LLC<br>P.O. Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Velocity Investments, LLC<br>P.O. Box 788<br>Kirkland, WA 98083-0788 |
| Robert Mark Gundersen<br>227 10th St.<br>Matamoras, PA 18336-1548 |
| Scott & Associates, P.C.<br>P.O. Box 115220<br>Carrollton, TX 75011-5220 |
| Scott & Associates, P.C.<br>41 Byberry Rd., Suite 9<br>Hatboro, PA 19040-3210 |
| Security Credit Services<br>306 Enterprise Dr.<br>Oxford, MS 38655-2762 |
| Shellpoint Mortgage Servicing<br>P.O.BOX 619063<br>Dallas, TX 75261-9063 |

| |
|---|
| SPRING OAKS CAPITAL,  LLC<br>1400 CROSSWAYS BLVD., STE 100B<br>CHESAPEAKE, VA 23320-0207 |
| Synchrony Bank<br>Attn: Bankruptcy<br>120 Corporate Blvd.<br>Norfolk, VA 23502-4952 |
| TBOM/Milestone<br>Attn: Bankruptcy<br>P.O. Box 4477<br>Beaverton, OR 97076-4401 |
| The Provident Loan Society<br>Attn: Officer<br>7804 5th Avenue<br>Brooklyn, NY 11209-3704 |
| The Provident Loan Society of New York<br>346 Park Avenue South<br>New York, NY 10010-1708 |
| U.S. BANK TRUST COMPANY, N.A.<br>NewRez, LLC d/b/a Shellpoint Mortgage Services<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St.<br>Harrisburg, PA 17102-1104 |
| UPGRADE, INC.<br>2 N CENTRAL AVE., 10TH FLOOR<br>PHOENIX, AZ 85004-4422 |
| Upgrade, Inc.<br>Attn: Bankruptcy<br>P.O. Box 1156<br>Oxford, MS 38655-1156 |
| VELOCITY PORTFOLIO GROUP, INC.<br>1800 RT 34 NORTH BLDG 3, SUITE 305<br>WALL, NJ 07719-9146 |
| Verizon Wireless<br>500 Technology Drive<br>Saint Charles, MO 63304-2225 |
| WebBank<br>215 S State St., Ste. 1000<br>Salt Lake City, UT 84111-2336 |
| Webbank/OneMain<br>P.O. Box 3316<br>Evansville, IN 47732-3316 |

Weltman, Weinberg & Reis Co., LPA
5475 Rings Road, Suite 200
Dublin, OH 43017-7565