**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT MARK GUNDERSEN, aka ROBERT M GUNDERSEN, aka ROBERT GUNDERSEN,<br><br>Debtor. | CHAPTER 13<br><br>CASE NO. 5:26-bk-00904-HWV |

# ORDER

Upon consideration of the First Application for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses filed by Carlo Sabatini, Esquire, counsel for the above Debtor, Doc. 32, and the hearing held on November 25, 2026, for the reasons stated on the record, it is

**ORDERED** that the following interim amounts are awarded: compensation in the amount of $4,688.00 and reimbursement of expenses in the amount of $419.73 for a total sum of $5,107.73. This compensation is in addition to all amounts previously paid by the Debtor, approved by this Court, or that were included in the confirmed plan. Counsel is authorized to apply the $1,313.00 of client funds that it is holding in its trust account toward this amount. The remaining $3,794.73 may be paid by the Chapter 13 Trustee.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 25, 2026